IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ERICA BROWN                                                                                              PLAINTIFF

vs. Case No.: 4:21-cv-52-JM

TEKSYSTEMS, INC.                                                                                   DEFENDANTS

## ORDER

According to the parties' joint stipulation to arbitrate claims and stay this action pending arbitration (Doc. No. 8), Plaintiff's claims are subject to a valid and binding mutual arbitration agreement that is governed by the Federal Arbitration Act.  In the agreement, Plaintiff also waived the right to initiate or maintain any class or collective action.  Therefore, Plaintiff's individual claims are referred to arbitration pursuant to the agreement, and this action is stayed pending the resolution of the arbitration.

IT IS SO ORDERED this 7th day of June, 2021.

_____
JUDGE JAMES M. MOODY JR.
United States District Judge